UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID CHACON,**<br>　　　　Plaintiff,<br>　　v.<br>ONTARIO POLICE DEPARTMENT,<br>MATTHEW E. ZICK (Patrol Officer at Ontario PD),<br>EDWARD FLORES (Patrol Officer at Ontario PD),<br>JAMES RENSTROM (Ontario PD), and<br>Brennan Falconieri (Patrol at Ontario PD),<br>　　　　Defendants. | No. ED CV 17-01520-VBF<br><br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of all defendants and against plaintiff David Chacon.**

IT IS SO ADJUDGED.

Dated: February 26, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge